UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 18-0358 |
| VERSUS | JUDGE DONALD E. WALTER |
| JOSE DANIEL MOLINA | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. The defendant waived the period for filing objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly;

The guilty plea of the defendant, JOSE DANIEL MOLINA, is ACCEPTED in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that JOSE DANIEL MOLINA is finally adjudged guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 1st day of February, 2019.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE